UNITED STATES BANKRUPTCY COURT
PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341 MEETING, DATE: 09/10/21

IN RE    Schwarzel, Jeffrey Scott

CASE NO. 21-11052
SECTION: "A"

**APPEARANCES:**
( X )    DEBTOR (1) (  )PICTURE ID PROVIDED (  )SSN VERIFICATION (  )PAY ADVICES RECEIVED
(  )    DEBTOR (2) (  )PICTURE ID PROVIDED (  )SSN VERIFICATION (  )PAY ADVICES RECEIVED
 Abuse/No Abuse designation is (  ) accurate (  ) inaccurate because

(  )    DEBTOR(S)' REPRESENTATIVE
( X )    ATTORNEY FOR DEBTOR(S)    Nancy Susan Bousfield

*Name of Prepared Substitute - Had file and was familiar with the case.*

*Name of Walk-Up Attorney - Did not have file and was not familiar with the case.*
Credit Counseling certificate (  ) filed (  ) not filed
 Tax returns received for _____ (years) on _____
 Financial documents were (  ) retained by trustee (  ) returned to the debtor(s)
 Was the Debtor advised that his/her attorney would not be present at the 341 Meeting?  Yes (  )   No (  )
 If Pro Se, did anyone assist with the preparation:  Yes(  )   No(  ).  If yes, give name:
 Has attorney for debtor(s) filed a statement of compensation in accordance with 11 U.S.C. §329?  Yes ( X )    No (  )
 Debtor(s)' change of address (if any):

(  )    CREDITOR(S):                              REPRESENTED BY:

**THE MEETING OF CREDITORS WAS:**
( X )    *HELD*
(  )    *NOT HELD* because:
(  )    *CONTINUED* until the _____ day of _____, 20___ at _____ ___.m.

**DEBTOR(S) REQUIRED TO:**
(  )    *AMEND SCHEDULES AND STATEMENTS* within _____ days of 341(a) meeting.
(  )    *OTHER*:

**SCHEDULES/INVENTORY:**
( X )    Debtor(s)' schedules are adopted in lieu of formal written inventory.
(  )    Written Inventory has or will be filed in the record in this case.
**In accordance with FRBP Rule 6007 and applicable Local Rules the Trustee intends to abandon any interest in**
*(#=Notice of Intent to Disclaim subject property is given subject to investigation of value, equity, and/or marketability)*:
Real Estate:    2116 Jay St., Slidell, LA (a)        Real Estate:

Vehicle(s):                              Vehicle(s):    2014 Ford Taurus (b)

Mobile Home:                            Mobile Home:
Boat:                                  Lawsuit(s):
Household Goods, Appliances and Furniture [c and d]      Wearing Apparel [c and d]
Other Property:    Firearms (c)(d); Misc. Jewelry (c); Electronics (c); Comic Books (c); Baseball Cards (c); Pets (c); Retirement (d)
 Work Tools (c)(d)
Additional Notes:
**Trustee anticipates withholding the NDR to pursue assets or other administrative matters:**  (  ) YES (  ) NO
TRACK    6                        /s/ Barbara Rivera-Fulton
                                 Barbara Rivera-Fulton
                                 P.O. Box 19980
                                 New Orleans, LA 70179
                                 Phone: (504) 402-1220

[a] Encumbered [b] Encumbered beyond value [c] Insufficient value to justify administration [d] Exempt in whole or part